AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  16-cv-08832

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael Crudele

was received by me on *(date)*  12-5-16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  AUSTIN CHU  LUCY GUO  MANAGER , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

20 N Central ave Hartsdale NY  on *(date)*  12-7-16  ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I also mail regular and Certefeed Summons
4186

My fees are $ 60.00  for travel and $ 70.00  for services, for a total of $ 137.00 .
Toll 7.00

I declare under penalty of perjury that this information is true.

Date:  12/6/2016  _____
Server's signature

Michael Crudele
Printed name and title
PROCESS  SERVER

66 Hickory Dr
Campbell Hall N.Y 10916
Server's address

Additional information regarding attempted service, etc:

GINA E. ROGERS
Notary Public, State of New York
Qualified in Dutchess County
Registration #01RO6230788
Commission Expires November 08, 2019