# JACOB ARONAUER, ESQ.

Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

January 25, 2017

**By Email and Regular Mail**
Mr. Lee Nuwersa, Esq.
Law Offices of Lee Nuwersa
60 E. 42nd St., Suite 1132
New York, NY 10165

Re:     Xiaoqiang An  v. Leo Culiya, LTD
        16-cv-8832 (LGS)

Dear Mr. Lee:

On January 18, 2017 we received from your office a Rule 68 offer for $20,001.00 plus reasonable attorneys' fees, expenses and costs accrued to date for Plaintiff's claims. We accept your Rule 68 offer.

Respectfully,

Jacob Aronauer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
XIAOQIANG AN,

                                    Plaintiff,

                                                              FEDERAL RULE OF CIVIL
            -against-                                         PROCEDURE 68 OFFER OF
                                                              JUDGMENT


LEO CHULIYA, LTD. d/b/a FANTASY
CUISINE and DUMPLING PLUS CORP.
d/b/a DUMPLING + NOODLE and
AUSTIN CHU,                                                   16-cv-8832 (LGS)
individually,


                                    Defendants
----------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants **LEO CHULIYA,**

**LTD. d/b/a FANTASY CUISINE and DUMPLING PLUS CORP. d/b/a DUMPLING +**

**NOODLE and AUSTIN CHU, individually**, hereby offer to allow Plaintiff **XIAOQIANG AN,**

to take a judgment against them in this action for the total sum of Twenty Thousand and One

Dollar **($20,001)** plus reasonable attorneys' fees, expenses, and costs accrued to date, for

Plaintiff's claims.

This judgment shall be in full satisfaction of all federal, state, and local law claims or rights

that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or

omissions of Defendants, in connection with the facts and circumstances that are the subject of

this action.

This offer of judgment may be accepted up to and including fourteen days after service

of this offer upon Plaintiff. Accordingly, if Plaintiff does not accept this offer on or before

February 2, 2017, this offer will be deemed rejected.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendants or employees, or agents thereof; nor is it an admission that Plaintiff suffered any damages.

Acceptance of this offer of judgment will act to release and discharge Defendants; their successors or assigns; and all past and present, employees, representatives, and agents thereof, from any and all claims that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:  New York, New York
        January 18, 2017

> Lee Nuwesra, Esq.
> Law Offices of Lee Nuwesra
> 60 E. 42nd St., Suite 1132
> New York, NY 10165
> (212)-370-8707
> lnuwesra@optonline.net
>
>
> By: _____/s/_____
>     Lee Nuwesra, Esq.

TO:    Jacob Aronauer
       The Law Offices of Jacob Aronauer
       225 Broadway, Suite 307
       New York, NY 10007
       jaronauer@aronauerlaw.com

## DECLARATION OF SERVICE

LEE NUWESRA declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that he served a true and correct copy of FEDERAL RULE OF CIVIL PROCEDURE 68 OFFER OF JUDGMENT, dated January 18, 2017, on Plaintiff by email and by depositing a copy of same, enclosed in a first class postpaid properly addressed wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiff's attorney at the address set forth below, being the address designated for that purpose:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, NY 10007
jaronauer@aronauerlaw.com


Dated: New York, New York
      January 18, 2017

_____/s/_____

Lee Nuwesra, Esq.

3